UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEPOSITORS INSURANCE COMPANY,

        Plaintiff,

v.

WILLIAM SAMMUT,
and YVONNE BROWN, as personal
representative of the Estate of James
Brown III,

        Defendants.

_____/

Case No. 22-12629

Honorable Nancy G. Edmunds

## **DECLARATORY JUDGMENT**

      This is an action under 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 57 for declaratory judgment. In an opinion and order entered this date, the Court granted summary judgment to Plaintiff. Now therefore, and in accordance with that opinion and order, declaratory judgment is hereby issued:

      This Court finds that Plaintiff Depositors Insurance Company owes no coverage or duty to defend Defendant William Sammut in the underlying state court action, *Yvonne Brown, as Personal Representative of the ESTATE OF JAMES BROWN, III Deceased v. KING CUSTOM DESIGN INC., et. al*, Macomb County Circuit Court Civil Action No. 21-004032-NO.

      IT IS HEREBY ORDERED AND ADJUDGED that this case is **DISMISSED WITH PREJUDICE**.

      **SO ORDERED**.

Dated: August 28, 2023

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 28, 2023, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager
